IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ROBERT ANDERSON, §<br>          PLAINTIFF, §<br>§<br>V. §<br>§<br>TRANSAMERICA LIFE INSURANCE §<br>CO., §<br>          DEFENDANT. § | CAUSE NO. A-21-CV-00610-LY |

## ORDER CLOSING CASE

Before the court in the above styled and numbered cause is the parties' Stipulation fOR Dismissal With Prejudice filed August 23, 2021 (Doc. # 8). *See* Fed. R. Civ. P. 41(a)(1)(ii). The parties stipulate to the voluntary dismissal of this action with prejudice, with each party to bear its own costs and attorney's fees.

**IT IS ORDERED** that this action is dismissed with prejudice, with each party to bear its own costs, attorney's fees, and other expenses arising from or related to this action.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this 26th day of August, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE